**In The United States District Court**
**For The Southern District of Texas**
**Houston Division**

| | | |
|---|---|---|
| **Michele Willis,** § | | |
| *Plaintiff,* § | Civil Action No. 4:21-cv-00752 | |
| § | | |
| v. § | Jury Trial | |
| § | | |
| **Aker BioMarine** § | | |
| **Manufacturing, LLC,** § | | |
| *Defendant.* § | | |

### AGREED MOTION TO DISMISS

Plaintiff Michele Willis and Defendant Aker BioMarine Manufacturing, LLC (collectively the "Parties") file this Agreed Motion to Dismiss by and through their counsel of record, and in support thereof respectfully show the Court as follows:

Plaintiff has resolved her claims against Defendant, and hereby moves for a dismissal with prejudice of Plaintiff's claims in this lawsuit. The Parties have submitted a proposed order with this motion encompassing the foregoing dismissal. The Parties shall each bear their own attorneys' fees, expenses, and costs incurred.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Michele Willis and Defendant Aker BioMarine Manufacturing, LLC respectfully request that the Court sign and enter the attached Agreed Order of Dismissal.

97192278v.3

Respectfully submitted,

/s/ *Adam Poncio*
**Adam Poncio**
Texas State Bar No. 16109800
S.D. Texas No. 194847
PONCIO LAW OFFICES
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979
aponcio@ponciolaw.com

**Attorney in Charge for Plaintiff Michele Willis**

/s/ *Sara C. Longtain*
**Sara C. Longtain**
Texas State Bar No. 24052173
S.D. Texas No.  891047
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1346
slongtain@lockelord.com

**Attorney in Charge for Defendant Aker BioMarine Manufacturing, LLC**

**Of Counsel:**

Chris McJunkin
LAW OFFICE OF CHRIS MCJUNKIN
4510 Anthony Street
Corpus Christi, Texas 78415
cmcjunkin@stx.rr.com

**Of Counsel:**

Andrew W. Reed
Lani Durio
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Andrew.reed@lockelord.com
lani.durio@lockelord.com

## Certificate of Service

I hereby certify that on October 11, 2021 a true and correct copy of this document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Adam Poncio*
Adam Poncio

97225368v.6