United States District Court
Southern District of Texas
**ENTERED**
October 12, 2021
Nathan Ochsner, Clerk

**In The United States District Court
For The Southern District of Texas
Houston Division**

| | | |
|---|---|---|
| **Michele Willis,** <br> *Plaintiff,* | § § § | Civil Action No. 4:21-cv-00752 |
| v. | § § § | Jury Trial |
| **Aker BioMarine Manufacturing, LLC,** <br> *Defendant.* | § § § § | |

### AGREED ORDER OF DISMISSAL

Came before the Court on this date the Agreed Motion to Dismiss of Plaintiff Michele Willis and Defendant Aker BioMarine Manufacturing, LLC (collectively the "Parties"). The Parties have announced to the Court that all claims of Plaintiff in this lawsuit should be dismissed with prejudice and seek entry of this Agreed Order of Dismissal.

After reviewing the announcement of the Parties, the Agreed Motion, and all other matters properly before the Court, it is the opinion of the Court that the Agreed Motion is well-taken and that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Agreed Motion to Dismiss be and hereby is GRANTED;

97192278v.3

IT IS FURTHER ORDERED that all claims and causes of action Plaintiff has asserted against Defendant in this lawsuit are hereby dismissed with prejudice;

IT IS FURTHER ORDERED THAT the Parties shall each bear their own attorneys' fees, expenses, and costs incurred;

IT IS FURTHER ORDERED that this Agreed Order of Dismissal disposes of all claims in the lawsuit and is appealable; and

All other relief not expressly granted in this judgment is hereby DENIED.

SIGNED on this the 12 day of Oct, 2021.

_____
HONORABLE JUDGE PRESIDING

97192278v.3